**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Aaron Joseph Bishop, | ) | No. CV 06-274-PHX-SMM (VAM) |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Dora B. Schriro, et al., | ) | |
| Respondents. | ) | |

Pending before the Court is Petitioner's one-sentence Motion to Dismiss Writ of Habeas Corpus Without Prejudice. (Dkt. 20.) On December 15, 2006 Magistrate Judge Virginia A. Mathis filed a Report and Recommendation recommending that Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 be denied. (Dkt. 13.) On January 5, 2007, this Court, having reviewed the Report and Recommendation of the Magistrate Judge, and no objections having been made by Petitioner thereto, incorporated and adopted the Magistrate Judge's Report and Recommendation. (Dkt. 16.) This Court further ordered the case to be terminated. (Id.) The Clerk of Court entered a judgment the same date dismissing the case. (Dkt. 17.) Accordingly,

**IT IS HEREBY ORDERED DENYING** Petitioner's Motion to Dismiss Writ of Habeas Corpus Without Prejudice. (Dkt. 20.)

DATED this 28th day of February, 2007.

Stephen M. McNamee
United States District Judge